FILED

SEP - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE ROBLES-ARMENTA,<br>Defendant. | Criminal Case No. 08CR2955-H<br>**I N F O R M A T I O N**<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine(Felony) |

The United States Attorney charges:

On or about August 10, 2008, within the Southern District of California, defendant JOSE ROBLES-ARMENTA, did knowingly and intentionally import 50 grams or more, to wit: approximately 6.06 kilograms (13.33 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 3, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
9/2/08